# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MATTHEW CATALDI,**  Plaintiff,  v.  **CNU ONLINE HOLDINGS, LLC.**  Defendant. | Civil Case No.: 15-8911 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil procedure, Plaintiff Matthew Cataldi, by and through his counsel, hereby gives notice that the above-captioned action is dismissed with prejudice. The parties have settled this matter.

Dated: December 14, 2015                    */s/ Jeremy M. Glapion*

                                                    Jeremy M. Glapion
                                                  **THE GLAPION LAW FIRM, LLC**
                                                  1704 Maxwell Drive
                                                  Wall, New Jersey 07719
                                                  Tel: 732.455.9737
                                                  Fax: 732.709.5150